1  GREGORY G. ISKANDER, Bar No. 200215
   giskander@littler.com
2  RENEE C. FELDMAN, Bar No. 253877
   rfeldman@littler.com
3  LITTLER MENDELSON P.C.
   Treat Towers
4  1255 Treat Boulevard, Suite 600
   Walnut Creek, California 94597
5  Telephone:  925.932.2468
   Fax No.:    925.946.9809
6
7  Attorneys for Defendant
   WHOLE FOODS MARKET CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVIS LEAK,<br><br>          Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET,<br><br>          Defendant. | Case No. 21-cv-04665-CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION OF DISMISSAL WITH
PREJUDICE OF ENTIRE ACTION AND
ORDER OF DISMISSAL WITH PREJUDICE

21-CV-04665-CRB

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and between the Parties to this action that the above action be and hereby is dismissed with prejudice in its entirety, as to all claims and all defendants, with each party to bear its own attorney's fees and costs.

Dated:  September 13, 2022

_____
TRAVIS LEAK
Plaintiff
Pro Se

Dated:  September 8, 2022        LITTLER MENDELSON P.C.


*/s/ Renee Feldman*
_____
Gregory G. Iskander
Renee C. Feldman
Attorneys for Defendant
WHOLE FOODS MARKET CALIFORNIA, INC.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED.

Dated:  October 17, 2022

_____
HONORABLE CHARLES R. BREYER
U.S. DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ORDER OF DISMISSAL WITH PREJUDICE

2

21-CV-04665-CRB

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468